UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Mag. Judge Case No. 10m-1097-JGD
)
DEAN JOHN YIMOYINES III, )
Defendant )

## AFFIDAVIT IN SUPPORT OF ARREST

I, Marc Laing, Special Agent, Drug Enforcement Administration, do hereby make oath before the Honorable Judith G. Dein, Chief United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Dean John Yimoyines III on a Complaint filed in the District of Nevada charging the defendant with Conspiracy to Distribute Controlled Substances in violation of 21 U.S.C. §846, and Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. §1956(h), and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Marc Laing
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me this 18 day of June, 2010.

Judith G. Dein
Chief United States Magistrate