I attest and certify on __6-10-10__ that
this is a full true and correct copy of the
~~original document.~~

⬠AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __NEVADA__

PEGGY A. LEEN
U.S. MAGISTRATE JUDGE
~~DISTRICT OF NEVADA~~

UNITED STATES OF AMERICA

_Jeri Hoskie_ Deputy

WA~~RRANT FOR ARREST~~  ✓ Secretary

V.

MOSES ORTIZ

Case Number:    2:10-mj-00404-PAL

_10 m - 1097 - JGS_

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Moses Ortiz
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

Conspiracy to Distribute Controlled Substances
Conspiracy to Launder Monetary Instruments

in violation of Title __21 & 18__    United States Code, Section(s) __846 and 1956(h)__

Name of Issuing Officer    ~~PEGGY A. LEEN~~
                           U.S. MAGISTRATE JUDGE

_/s/_
Signature of Issuing Officer

Title of Issuing Officer

__Las Vegas, Nevada__
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____